ALAN R. BRAYTON, ESQ., S.B. #73685
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON✜PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCELLUS STEFFENS, et al,  )   No. C09-01124 JSW
                            )
            Plaintiffs,     )   STIPULATION TO DISMISS
                            )   DEFENDANT CROWN CORK & SEAL
vs.                         )   AND REMAND CASE TO SAN
                            )   FRANCISCO SUPERIOR COURT
ASBESTOS DEFENDANTS (BP), et al., )
                            )
            Defendants.     )

Come now Plaintiffs MARCELLUS STEFFENS, et al. ("Plaintiffs") and Defendant CROWN CORK AND SEAL COMPANY INC. ("CC&S"), who file the following stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, defendant CC&S removed this case to the United State District Court for the Northern District of California on March 13, 2009, on the ground that the court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiffs' allegations that his injury was caused by products designed and manufactured by CC&S under the supervision and control of the United States government;

WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal;

WHEREAS, Plaintiffs and Defendant CC&S, the affected parties, have now reached a resolution of Plaintiffs' claims against CC&S;

1       WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot and given the resolution of Plaintiffs' claims against it; and

      WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant CC&S seek to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this action shall be, and hereby is, immediately remanded to the San Francisco County Superior Court, the court in which it was originally filed and from which it was removed.

Dated: March 18, 2009       BRAYTON ❖ PURCELL LLP

By: _____
Richard M. Grant
Attorneys for Plaintiffs

Dated: March 18, 2009       ARMSTRONG & ASSOCIATES, LLP

By: _____
Attorneys for Defendant CROWN CORK & SEAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the Superior Court of California, County of San Francisco, Case No 274457. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: ___March 19___, 2009   By: _____
UNITED STATES DISTRICT COURT

K:\Injured\107692\Fed-STIP-DISMISS CC&S.wpd     2
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; C09-01124

PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On March 19, 2009, I served the attached:

**STIPULATION TO DISMISS DEFENDANT CROWN CORK AND SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHE SERVICE LIST**

    XXX    BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **March 19, 2009** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

Marcellus Steffens, et al. v. Asbestos Defs.
U.S.D.C. No. C09-01124 JSW

G:\POS\MULTIP.WPD     1

Case 3:09-cv-01124-JSW Document 10 Filed 03/19/2009 Page 4 of 5

Brayton-Purcell Service List
Date Created: 3/19/2009-10:43:33 AM                                    Run By : Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 107692.001 - Marcellus Steffens

1

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830    510-433-1836 (fax)
**Defendants:**
    Crown Cork & Seal Company, Inc.
(CC&S)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006    415-397-1339 (fax)
**Defendants:**
    J.T. Thorpe & Son, Inc. (THORPE)
    Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330    510-835-5117 (fax)
**Defendants:**
    Berry & Berry (B&B)

**Bowman and Brooke LLP**
879 West 190th Street
Suite 700
Gardena, CA 90248-4227
310-768-3068    310-719-1019 (fax)
**Defendants:**
    Ford Motor Company (FORD)
    General Motors Corporation (GM)

**Bowman and Brooke LLP**
1741 Technology Drive
Suite 200
San Jose, CA 95110
408-279-5393    408-279-5845 (fax)
**Defendants:**
    Euclid-Hitachi Heavy Equipment, Inc.
(EUCHIT)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300    415-808-0333 (fax)
**Defendants:**
    Foster Wheeler LLC (FKA Foster Wheeler
Corporation) (FOSTER)

**Burnham & Brown**
1901 Harrison Street
11th Floor
Oakland, CA 94612
510-444-6800    510-835-6666 (fax)
**Defendants:**
    York International Corporation (YORKIN)

**Cooley, Manion, Jones, Hake, & Kurowski LLP**
201 Spear Street
Suite 1800
San Francisco, CA 94105
415-512-4381    415-512-6791 (fax)
**Defendants:**
    A.W. Chesterton Company (CHESTR)

**Crosby & Rowell, LLP**
299 Third Street, 2nd Floor
Oakland, CA 94607
510-267-0300    510-839-6610 (fax)
**Defendants:**
    Goulds Pumps, Inc. (GOULDP)

**Foley & Mansfield PLLP**
1111 Broadway, 10th Floor
Oakland, CA 94607
510-590-9500    510-590-9595 (fax)
**Defendants:**
    Special Electric Company, Inc. (SECINC)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900    415-986-8054 (fax)
**Defendants:**
    Goodyear Tire & Rubber Company, The
(GOODYR)
    Ingersoll-Rand Company (INGRSL)
    Leslie Controls, Inc. (LESCON)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715    650-364-5297 (fax)
**Defendants:**
    IMO Industries, Inc. (IMOIND)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300    415-982-6700 (fax)
**Defendants:**
    General Dynamics Corporation
(GENDYN)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200    415-882-8220 (fax)
**Defendants:**
    Crane Co. (CRANCO)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500    510-285-2505 (fax)
**Defendants:**
    Allis-Chalmers Corporation Product
Liability Trust (ALLIS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300    925-947-1594 (fax)
**Defendants:**
    Garlock Sealing Technologies, LLC
(GARLCK)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100    415-979-0747 (fax)
**Defendants:**
    Uniroyal Holding, Inc. (UNIROY)

**Lewis Brisbois Bisgaard & Smith LLP**
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
213-250-1800    213-580-7942 (fax)
**Defendants:**
    Advocate Mines, Ltd. (ADVMIN)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000    415-267-4198 (fax)
**Defendants:**
    Certainteed Corporation (CERT)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000    415-442-1001 (fax)
**Defendants:**
    Henry Pratt Company (HENPRA)
    Yarway Corporation (YARWAY)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA 94111
415-984-8200    866-542-6538 (fax)
**Defendants:**
    Chrysler LLC (CHRYS)

Case 3:09-cv-01424-SW Document 10 Filed 03/19/2009 Page 5 of 5
Brayton-Purcell Service List
2
Date Created: 3/19/2009-10:43:33 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 107692.001 - Marcellus Steffens
Run By : Ehni, Jane (JAE)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7288 (fax)
**Defendants:**
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  Viacom, Inc. (VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Deere & Company (DEERE)
  Owens-Illinois, Inc. (OI)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
**Defendants:**
  Caterpillar, Inc. (CAT)
  Perkins Engines, Inc. (PRKLTD)
  Scandura, Inc. (SCANDU)

**Sonnenschein Nath & Rosenthal, LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000   415-882-0300 (fax)
**Defendants:**
  Rapid-American Corporation (RAPID)

**Vogl & Meredith**
456 Montgomery Street
20th Floor
San Francisco, CA 94104
415-398-0200   415-398-2820 (fax)
**Defendants:**
  Pipeco Holding, Inc. (PIPHOL)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  C.H. Murphy/Clark-Ullman, Inc. (MURULL)
  Quintec Industries, Inc. (QUINTC)
  SVI Corporation (SVICOR)
  Thomas Dee Engineering Co., Inc. (DEE)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990   415-434-1370 (fax)
**Defendants:**
  Asbestos Corporation Limited (ASBLTD)